[No. 31549-8-I. Division One. September 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PETE LEAUPEPETELE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01651-2, Laura Inveen, J., entered October

13, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.